UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVANSTON INSURANCE COMPANY,   CASE NO.: 8:19-cv-01845

    Plaintiff,

v.

COAST TO COAST CONSTRUCTION
SPECIALTIES, INC. and SOCIETY OF ST.
VINCENT DEPAUL, SOUTH PINELLAS,
INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, EVANSTON INSURANCE COMPANY; Defendants, COAST TO COAST CONSTRUCTION SPECIALTIES, INC, and Defendant SOCIETY OF ST. VINCENT DEPAUL, SOUTH PINELLAS, INC..; by and through their undersigned counsel, hereby notify the Court and all parties to this action that a settlement between the Plaintiff and all Defendants has been reached. Plaintiff and Defendants anticipate that the settlement documents will be signed within the next 30 days and shortly thereafter, Defendants and Plaintiff shall submit a stipulation for dismissal upon finalization of the settlement documents.

Dated this 20th day of July, 2020.

[signatures on the following page]

| | |
|---|---|
| */s/ Rebecca C. Appelbaum, Esq.*<br>REBECCA C. APPELBAUM, ESQ.<br>LEAD ATTORNEY<br>Florida Bar No.: 0179043<br>RCA@GartnerBloom.com<br>GBFL@GartnerBloom.com<br><br>GARTNER+BLOOM PC<br>1101 E Cumberland Ave<br>Suite 201H-153<br>Tampa, FL 33602<br>Tel: (813) 518-6000<br><br>*Counsel for Plaintiff Evanston Insurance Company* | */s Thomas Clayton Little*<br>THOMAS CLAYTON LITTLE<br>Florida Bar No.: 238783<br>janet@thomasclittle.com<br><br>Law Office of Thomas C. Little, Suite A<br>2123 NE Coachman Rd<br>Clearwater, FL 33765<br>Tel: (727) 443-5773<br>Fax: (727) 441-2394<br><br>*Counsel for Defendant Coast to Coast Construction Specialties, Inc*<br><br>*Amy Boggs*<br><br>AMY D. BOGGS<br>Florida Bar no.: 0412422<br>boggs-pleadings@boggslawgroup.com<br><br>Boggs Law Group, PA<br>4554 Central Ave Ste L<br>St Petersburg, FL 33711-1046<br>727/954-8833<br>Fax: (727) 954-8836<br><br>*Counsel for Defendants Coast to Coast Construction Specialties, Inc and Society of St. Vincent DePaul, South Pinellas, Inc.* |

**Certificate of Service**

I CERTIFY that on July 20, 2020, I electronically filed this document using the CM/ECF system, which will automatically serve the parties to this action. I am unaware of any non-CM/ECF participants in this lawsuit.

By:  */s/ Rebecca C. Appelbaum, Esq.*
Rebecca C. Appelbaum, Esq.